1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  service@moorelawfirm.com

5  Attorney for Plaintiff
   Rachel Bryant

6

7

8                 UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11  RACHEL BRYANT,                    )  No.  1:16-cv-00323-DAD-SAB
                                      )
12            Plaintiff,              )  **STIPULATION FOR CONTINUANCE OF**
                                      )  **MANDATORY SCHEDULING**
13       vs.                          )  **CONFERENCE AND FOR EXTENSION**
                                      )  **OF TIME TO FILE RESPONSIVE**
14  PRIME PROPERTIES, a General Partnership; )  **PLEADINGS; ORDER**
    F & H PIZZA INC. dba LITTLE CAESAR'S )
15  PIZZA; HURLEY ENTERPRISES, LLC dba )
    D's WASH & DRY,                   )
16                                    )
                                      )
17            Defendants.             )
                                      )
18  _____ )

19       WHEREAS, a Mandatory Scheduling Conference in this action is currently set for May

20  27, 2016, pursuant to the Court's Order Setting Mandatory Scheduling Conference dated March

21  9, 2016 (Dkt. 3);

22       WHEREAS, on May 2, 2016, Plaintiff Rachel Bryant ("Plaintiff") filed a First Amended

23  Complaint (Dkt. 8) and served the First Amended Complaint on Defendants Prime Properties, a

24  General Partnership ("Prime Properties") and F & H Pizza Inc. dba Little Caesar's Pizza

25  ("Little Caesar," and together with Plaintiff and Prime Properties, "the Parties") by mail that

26  same date, as set forth on the Certificate of Service filed with the Court (Dkt. 9);

27       WHEREAS, Prime Properties' and Little Caesar's responsive pleadings are accordingly

28  due on May 19, 2016;

WHEREAS, Plaintiff has been unable to effect service of the summons and First Amended Complaint to date on the remaining defendant, Hurley Enterprises, LLC dba D's Wash & Dry ("Hurley Enterprises"), but is continuing to make a diligent effort at effecting service;

WHEREAS, the Parties have been engaging in settlement discussions and are optimistically hopeful that an informal settlement can be reached, but believe that Hurley Enterprises' participation is necessary to achieve a full settlement or resolution of Plaintiff's claims;

NOW, THEREFORE, the Parties, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for May 27, 2016 to a date at the Court's convenience after August 19, 2016, to allow time for Hurley Enterprises to be served with the summons and First Amended Complaint and to make an appearance, and for the Parties to meet and confer with Hurley Enterprises and file a joint scheduling report. The Parties additionally stipulate to an extension of time for Prime Properties' and Little Caesar's responsive pleadings, such that the responsive pleadings shall be filed on or before July 22, 2016.

Date: May 19, 2016                                MOORE LAW FIRM, P.C.


                                                  */s/ Tanya E. Moore*
                                                  Tanya E. Moore
                                                  Attorney for Plaintiff, Rachel Bryant

Date: May 19, 2016                                CALL & JENSEN
                                                  A Professional Corporation


                                                  */s/ Ryan M. McNamara*
                                                  Ryan M. McNamara
                                                  Attorney for Defendant, Prime Properties

Date: May 19, 2016                                MURCHISON & CUMMING, LLP


                                                  */s/ Melissa Wood*
                                                  Melissa Wood
                                                  Attorney for Defendant
                                                  F & H Pizza, Inc. dba Little Caesar's Pizza

**<u>ORDER</u>**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for May 27, 2016 is continued to August 30, 2016 at 9:30 a.m. in Courtroom 9, before Magistrate Judge Stanley A. Boone. The parties are to file their Joint Scheduling Report no later than seven days prior to the Conference. Additionally, the time within which Defendants Prime Properties, a General Partnership, and F & H Pizza Inc. dba Little Caesar's Pizza must file responsive pleadings is extended to and including July 22, 2016.

IT IS SO ORDERED.

Dated:   **May 19, 2016**

_____
UNITED STATES MAGISTRATE JUDGE