Ryan M. McNamara, Bar No. 223606
 rmcnamara@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100

Attorneys for Defendant Prime Properties
and Hurley Enterprises, LLC dba D's Wash & Dry

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BRYANT,<br><br>   Plaintiff,<br><br>vs.<br><br>PRIME PROPERTIES, a General Partnership; F & H PIZZA INC. dba LITTLE CAESAR'S PIZZA; HURLEY ENTERPRISES, LLC dba D's WASH & DRY,<br><br>   Defendants. | Case No. 1:16-cv-00323-DAD-SAB<br><br>**ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANT HURLEY ENTERPRISES, LLC DBA D'S WASH & DRY TO RESPOND TO FIRST AMENDED COMPLAINT** |

    The Court has reviewed the Parties' stipulation and, good cause appearing, Defendant Hurley Enterprises, LLC, doing business as D's Wash and Dry, shall have up to and including July 22, 2016, to answer or otherwise respond to the First Amended Complaint.

IT IS SO ORDERED.

Dated:   **June 27, 2016**

UNITED STATES MAGISTRATE JUDGE